**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCKENSON DORCEANT,<br><br>    Petitioner,<br><br>    v.<br><br>JACK FOX,<br><br>    Respondent. | Case No. CV 15-8071 MWF (AFM)<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

Petitioner, a federal prisoner currently incarcerated at USP-Lompoc, filed a handwritten Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on October 14, 2015. It appears that petitioner is challenging a prison disciplinary decision in which he was found guilty of refusing to obey an order.

Local Civil Rule 83-16.1 provides, "A petition for writ of habeas corpus or a motion filed pursuant to 28 U.S.C. § 2255 shall be submitted on the forms approved and supplied by the Court." Petitioner did not use the standard form required in the Central District of California for federal habeas petitions.

If petitioner still desires to pursue this action, he is **ORDERED** to file an amended petition on the standard form within thirty (30) days of the date of this Order. The clerk is directed to send petitioner a blank Central District § 2241 habeas petition form for this purpose.

The amended petition should reflect the same case number, be clearly labeled "First Amended Petition," and be filled out completely. Petitioner is advised that he should clearly identify the date of the prison disciplinary decision and the adverse result he suffered from that decision.

**Petitioner is cautioned that his failure to timely file a First Amended Petition in compliance with this Order will result in a recommendation that the action be dismissed with prejudice for failure to diligently prosecute.**

If petitioner no longer wishes to pursue this action, he may use the attached form Notice of Dismissal and voluntary dismiss this action without prejudice.

DATED: 10/19/2015

*/s/ Alex MacKinnon*

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

Attachments: CV-27

2