**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUCKENSON DORCEANT,

Petitioner,

v.

JACK FOX,

Respondent.

Case No. CV 15-8071 MWF (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed.

After the Report and Recommendation was issued, the Ninth Circuit withdrew the three-judge panel decision in *Nettles v. Grounds* for rehearing *en banc* and directed that it not be cited as precedent. *See Nettles,* __ F.3d__, 2016 WL 386022 (9th Cir. Jan. 20, 2016). Although *Nettles* was cited in the Report and Recommendation, it was cited only for a general proposition that has not changed. The Report and Recommendation therefore is ordered changed as follows:

The paragraph on page 2, lines 13-17 is stricken and substituted with the following paragraph:

> Habeas jurisdiction is available only for claims that, if successful, would have some shortening effect on the length of a person's custody or would result in release from one form of custody to a less restrictive form of custody (such as release from disciplinary segregation to the general prison population). *See Blair v. Martel*, 645 F.3d 1151, 1157-58 (9th Cir. 2011) (claims that do not necessarily spell speedier release do not lie at the core of habeas corpus); *Griffin v. Gomez*, 741 F.3d 10, 17 and n.15 (9th Cir. 2014) (same); *Bostic v. Carlson*, 884 F.2d 1267, 1269 (9th Cir. 1989) ("Habeas jurisdiction is also available for a prisoner's claims that he has been subjected to greater restrictions of his liberty, such as disciplinary segregation, without due process of law."); *see also Graham v. Broglin*, 922 F.2d 379, 381 (7th Cir. 1991) (habeas jurisdiction is available where a prisoner is seeking "what can fairly be described as a quantum change in the level of custody," such as "the run of the prison in contrast to the approximation to solitary confinement that is disciplinary segregation").

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted with the change noted above; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: April 25, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE